NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Heather Davis, SBN 239372 / Amir Nayebdadash, SBN 232204 /
Priscilla Gamino, SBN 315404 / Brendan J. Burton, SBN 323495
Protection Law Group, LLP
149 Sheldon Street
El Segundo, California 90245
Tel: (424) 290-3095

ATTORNEY(S) FOR: S.B.C.W. CONSULTING, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-CV-3193 |
| v. | |
| TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT | Plaintiff |
| TSYS MERCHANT SOLUTIONS, LLC | Defendant |
| TSYS ADVISORS, INC. | Defendant |
| TSYS ACQUIRING SOLUTIONS, L.L.C. | Defendant |

April 18, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Heather Davis