UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBCW CONSULTING INC., <br><br> Plaintiff, <br><br> v. <br><br> TSYS MERCHANT SOLUTIONS LLC et al., <br><br> Defendants. | Case No. 2:24-cv-03193-SB-AGR <br><br> ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

   Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  The complaint in this matter was filed on April 18, 2024.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service.  Plaintiff is ordered to show cause, in writing, no later than July 31, 2024, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

   The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants were served within the 90-day period or a showing of good cause supporting a request to extend the service period.  The filing of a proof of service shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: July 24, 2024

                                         
                         Stanley Blumenfeld, Jr.
                         United States District Judge