AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; (See Attachment No. 1)<br><br>*Defendant(s)* | Civil Action No. 2:24-CV-03193-SB-AGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TSYS MERCHANT SOLUTIONS, LLC
Attn: CT Corporation System, Registered Agent for Service of Process
330 N. Brand Blvd.,
Glendale, CA 91203
(See Attachment No. 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Susan Huerta, Esq.
Brendan J. Burton, Esq.
Shadi Sahebghalam, Esq.
PROTECTION LAW GROUP, LLP
149 Sheldon Street
El Segundo, CA 90245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

1  HEATHER DAVIS, CA SBN 239372
   heather@protectionlawgroup.com
2  AMIR NAYEBDADASH, CA SBN 232204
   amir@protectionlawgroup.com
3  PRISCILLA GAMINO, CA SBN 315404
   priscilla@protectionlawgroup.com
4  BRENDAN J. BURTON, CA SBN 323495
   brendan@protectionlawgroup.com
5  **PROTECTION LAW GROUP, LLP**
   149 Sheldon Street
6  El Segundo, California 90245
   Tel: (424) 290-3095 / Fax: (866) 264-7880
7
8  *Attorneys for* Plaintiff
   S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT,
9  individually and on behalf of all others similarly situated

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated, | Case No.: 2:24-cv-03193-SB-AGR |
|---|---|
| Plaintiff, | *Assigned for All Purposes to: the Hon. Stanley Blumenfeld, Jr., Courtroom 6C* |
| vs. | **SUMMONS ATTACHMENT NUMBER ONE (1)** |
| TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## SUMMONS ATTACHMENT NUMBER ONE (1)

TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive

HEATHER DAVIS, CA SBN 239372
heather@protectionlawgroup.com
AMIR NAYEBDADASH, CA SBN 232204
amir@protectionlawgroup.com
PRISCILLA GAMINO, CA SBN 315404
priscilla@protectionlawgroup.com
BRENDAN J. BURTON, CA SBN 323495
brendan@protectionlawgroup.com
**PROTECTION LAW GROUP, LLP**
149 Sheldon Street
El Segundo, California 90245
Tel: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiff
S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03193-SB-AGR<br><br>*Assigned for All Purposes to: the Hon. Stanley Blumenfeld, Jr., Courtroom 6C*<br><br>**SUMMONS ATTACHMENT NUMBER TWO (2)** |

# SUMMONS ATTACHMENT NUMBER TWO (2)

**TSYS ADVISORS, INC.**
Attn: CT Corporation System, Registered Agent for Service of Process
330 N. Brand Blvd.,
Glendale, CA 91203


**TSYS ACQUIRING SOLUTIONS, L.L.C.**
Attn: CT Corporation System, Registered Agent for Service of Process
330 N. Brand Blvd.,
Glendale, CA 91203