| | |
|---|---|
| 1 | GILLIAN H. CLOW (SBN 298966) |
| 2 | **ALSTON & BIRD LLP**<br>333 South Hope Street, Sixteenth Floor |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 576-1000 |
| 4 | Facsimile: (213) 576-1100<br>gillian.clow@alston.com |
| 5 | ALEXANDRA PEURACH (*Pro Hac Vice* Forthcoming) |
| 6 | KAYLAN MEAZA (*Pro Hac Vice* Forthcoming)<br>**ALSTON & BIRD LLP** |
| 7 | One Atlantic Center<br>1201 West Peachtree Street, Suite 4900 |
| 8 | Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000 |
| 9 | Facsimile: (404) 881 7777<br>alex.peurach@alston.com<br>kaylan.meaza@alston.com |
| 10 | Attorneys for Defendants |
| 11 | **TSYS MERCHANT SOLUTIONS, LLC,**<br>**TSYS ADVISORS, INC.** |
| 12 | **and TSYS ACQUIRING SOLUTIONS, L.L.C.** |
| 13 | [*Additional Counsel continued on next page*] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **Case No.: 2:24-cv-03193-SB-AGR**<br>[Judge Stanley Blumenfeld, Jr. Presiding]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Courtroom: 6C<br><br>Filing Date:          April 18, 2024<br>Complaint Served:     August 1, 2024<br>Current response date: August 22, 2024<br>New response date:    September 5, 2024 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

| | |
|---|---|
| 1 | HEATHER DAVIS (SBN 239372) |
| 2 | AMIR NAYEBDADASH (SBN 232204)<br>SUSAN HUERTA (SBN 256063) |
| 3 | BRENDAN J. BURTON (SBN 323495)<br>SHADI SAHEBGHALAM (SBN 343043) |
| 4 | **PROTECTION LAW GROUP, LLP**<br>149 Sheldon Street |
| 5 | El Segundo, CA 90245<br>Telephone: (424) 290-3095 |
| 6 | Facsimile: (424) 768-7880<br>heather@protectionlawgroup.com |
| 7 | amir@protectionlawgroup.com<br>susan@protectionlawgroup.com |
| 8 | brendan@protectionlawgroup.com<br>shadi@protectionlawgroup.com |
| 9 | |
| 10 | |
| ... | |
| 28 | |

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

IT IS HEREBY STIPULATED by and between the parties, Plaintiff S.B.C.W. Consulting, Inc. dba 76 Ford Exit ("Plaintiff") and Defendants TSYS Merchant Solutions, LLC, TSYS Advisors, Inc., and TSYS Acquiring Solutions, L.L.C., (collectively, "Defendants") (collectively, the "Parties"), through their respective attorneys of record, stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on April 18, 2024 (Dkt. 1);

WHEREAS, Plaintiff served the Summons and Complaint on Defendants on August 1, 2024 (Dkts. 16-18);

WHEREAS, Defendants' current deadline to respond to Plaintiff's Complaint is August 22, 2024;

WHEREAS, Defendants' counsel is newly retained, and an extension will allow Defendants sufficient time to review the Complaint and prepare their responsive pleading;

WHEREAS, Plaintiffs consent to the requested extension; and

WHEREAS, the Parties agree Defendants may file their responsive pleading on or before September 5, 2024.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendants' last day to file their pleading in response to the Complaint (Dkt. 1) is extended from August 22, 2024 to September 5, 2024.
2. The Parties reserve the right to stipulate to a further extension of time should they deem it necessary.

DATED: August 9, 2024     GILLIAN H. CLOW
**ALSTON & BIRD LLP**

/s/ Gillian H. Clow
Gillian H. Clow
Attorneys for Defendants
**TSYS MERCHANT SOLUTIONS, LLC, TSYS ADVISORS, INC. and TSYS ACQUIRING SOLUTIONS, L.L.C.**

DATED: August 9, 2024

HEATHER DAVIS
AMIR NAYEBDADASH
SUSAN HUERTA
BRENDAN J. BURTON
SHADI SAHEBGHALAM
**PROTECTION LAW GROUP, LLP**

/s/ Heather Davis
Heather Davis
Amir Nayebdadash
Susan Huerta
Brendan J. Burton
Shadi Sahebghalam
Attorneys for Plaintiff
**S.B.C.W. Consulting, Inc. dba 76 Ford Exit,** individually and on behalf of all others similarly situated

Attestation: I, Gillian H. Clow, hereby attest that I have received the consent of Heather Davis, counsel for Plaintiff, to file this document and that she concurs with this document's contents.