1  GILLIAN H. CLOW (SBN 298966)
   **ALSTON & BIRD LLP**
2  333 South Hope Street, Sixteenth Floor
   Los Angeles, CA  90071
3  Telephone:  (213) 576-1000
   Facsimile:  (213) 576-1100
4  gillian.clow@alston.com

5  ALEXANDRA PEURACH (*Pro Hac Vice* Pending)
   KAYLAN MEAZA (*Pro Hac Vice* Pending)
6  **ALSTON & BIRD LLP**
   One Atlantic Center
7  1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309-3424
8  Telephone:  (404) 881-7000
   Facsimile:  (404) 881 7777
9  alex.peurach@alston.com
   kaylan.meaza@alston.com

10 Attorneys for Defendants
   **TSYS MERCHANT SOLUTIONS, LLC,**
11 **TSYS ADVISORS, INC.**
   **and TSYS ACQUIRING SOLUTIONS, L.L.C.**

12

13                   **UNITED STATES DISTRICT COURT**

14                   **CENTRAL DISTRICT OF CALIFORNIA**

15

16 S.B.C.W. CONSULTING, INC. dba 76          **Case No.: 2:24-cv-03193-SB-AGR**
   FORD EXIT, individually and on behalf of   [Judge Stanley Blumenfeld, Jr. Presiding]
   others similarly situated,
17                                            **DEFENDANTS' NOTICE OF *EX***
              Plaintiff,                      ***PARTE* APPLICATION AND**
18                                            **UNOPPOSED *EX PARTE***
          v.                                  **APPLICATION TO ALLOW**
19                                            **APPEARANCE OF NON-LEAD**
   TSYS MERCHANT SOLUTIONS, LLC, a            **COUNSEL AT SEPTEMBER 13, 2024**
20 Delaware limited liability company; TSYS   **SCHEDULING CONFERENCE OR,**
   ADVISORS, INC., a Georgia corporation;     **IN THE ALTERNATIVE,**
21 TSYS ACQUIRING SOLUTIONS, L.L.C.,          **CONTINUE IT TO A LATER DATE**
   a Delaware limited liability company; and
22 DOES 1 through 10, inclusive,              Courtroom:  6C

23            Defendants.                     [Filed concurrently with Memorandum
                                              of Points and Authorities, Declaration of
24                                            Alexandra Peurach, and (Proposed)
                                              Order]
25
                                              Filing Date:           April 18, 2024
26

27

28
   ─────────────────────────────────────────────────

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants TSYS MERCHANT SOLUTIONS, LLC, TSYS ADVISORS, INC. and TSYS ACQUIRING SOLUTIONS, L.L.C. (collectively, "Defendants") respectfully move this Court *ex parte* for an Order to allow the appearance of non-lead counsel at the scheduling conference set for September 13, 2024 at 8:30 a.m.  Alternatively, Defendants request the Court continue the September 13, 2024 to a later date where lead counsel can be available.

Defendants' unopposed *ex parte* application is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Alexandra Peurach filed herewith, and on such other and further matters as may properly be considered by the Court.

Good cause exists for Defendants' request because lead counsel, Alexandra Peurach, will be out of the country in London, England on September 13, 2024 and cannot attend the status conference set by this Court on August 12, 2024.  Her travel plans are work-related and cannot be rearranged.  Local counsel, Gillian H. Clow of Alston & Bird LLP, can attend in person in Ms. Peurach's place.  Alternatively, Ms. Peurach is available to attend in person shortly thereafter, on the following dates: September 25-27.

In addition to the requirements of Local Rules 7-19 and 7-19.1, Defendants as moving parties are serving this application on Plaintiffs by e-mail.  Defendants notified Plaintiff's counsel that opposition papers must be filed no later than 24 hours (or one court day) following such service.  Plaintiffs' counsel indicated they would not oppose.  The Court considers *ex parte* applications on the papers and usually does not set these matters for hearing.  The CRD will notify counsel of a hearing date and time, if the Court determines a hearing is necessary. Rulings on *ex parte* applications will be e-filed by the Court.

Pursuant to Local Rule 7-19.1, counsel for Defendants conferred with counsel for Plaintiff on August 15, 2024, regarding the date and substance of this *ex parte* application.   Plaintiff's counsel indicated it does not oppose this application. Moreover, upon discovery of the conflict, Defendants promptly alerted Plaintiff and filed this application with the Court.

DATED:  August 15, 2024          GILLIAN H. CLOW
                                 **ALSTON & BIRD LLP**


                                 /s/ Gillian H. Clow
                                 Gillian H. Clow
                                 Attorneys for Defendants
                                 **TSYS MERCHANT SOLUTIONS, LLC, TSYS ADVISORS, INC. and TSYS ACQUIRING SOLUTIONS, L.L.C.**

## I.    **INTRODUCTION**

Pursuant to the Court's inherent authority to control its docket, Defendants TSYS MERCHANT SOLUTIONS, LLC, TSYS ADVISORS, INC. and TSYS ACQUIRING SOLUTIONS, L.L.C. (collectively, "Defendants") bring this *ex parte* application to allow the appearance of non-lead counsel at the scheduling conference set for September 13, 2024 at 8:30 a.m.  Alternatively, Defendants request the Court continue the September 13, 2024 to a later date where lead counsel can be available.

Good cause exists for such a request because lead counsel, Alexandra Peurach, is located in Atlanta, Georgia and will be traveling in London, England on September 13, 2024.  This date was set by the court on August 12, 2024, and Ms. Peurach's travel plans cannot be changed.  Local counsel, Gillian H. Clow located in Los Angeles is available to attend the scheduling conference.  Alternatively, Ms. Peurach can travel to the conference on a date between September 25-27.  Counsel for Plaintiff has indicated they do not object to Defendants' request.

## II.    **EX PARTE NOTICE**

On August 15, 2024, counsel for Defendants wrote to counsel for Plaintiff S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT ("Plaintiff") to inquire whether they would oppose Defendants' *ex parte* application, and shared a draft of this application with them.  (Declaration of Alexandra Peurach ¶ 5. Ex. A.)  Plaintiff's counsel indicated they will not oppose this application.  (*Id.*)  Plaintiff's counsel's contact information is Heather Davis, Protection Law Group, LLP, 149 Sheldon Street, El Segundo, CA 90245, (424) 290-3095, heather@protectionlawgroup.com. (*Id.*, ¶ 6.)

## III.    **ARGUMENT**

"[D]istrict courts have inherent power to control their dockets." *See Atchison, T. & S.F. Ry. v. Hercules, Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998).  Under Federal Rule of Civil Procedure Rule 16(b), a "schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local

rule, by a magistrate judge." District Courts in the Ninth Circuit requiring the appearance of lead counsel at scheduling conferences routinely reschedule such conferences based on a finding of good cause due to the unavailability of lead counsel, or some other reason that would make attendance impossible. *See, e.g.*, *Johnson v. Willis*, No. 2:17-cv-01121-APG-DJA, 2020 U.S. Dist. LEXIS 158124, at *3 (D. Nev. Aug. 31 2020) (good cause because of unavailability of lead counsel); *Smith v. Cal. Dep't of Corr.*, No. 2:18-cv-2942 KJM AC P, 2024 U.S. Dist. LEXIS 106148, at *2 (E.D. Cal. June 14, 2024) (good cause to reschedule based on unavailability of video conference equipment on scheduled date which would allow incarcerated plaintiff to appear remotely).

Here, there is "good cause" for allowing the presence of non-lead counsel, Gillian H. Clow at the scheduling conference on September 13, 2024, or, in the alternative, continuing the scheduling conference to a date Ms. Peurach is available. Ms. Peurach was retained as lead counsel on August 6, 2024. Peurach Declaration, ¶ 2. This Court set the September 13, 2024 scheduling conference on August 12, 2024. [Dkt. 21.] Ms. Peurach is scheduled to be in London the week of September 9, 2024, through and including September 13. *Id.* ¶ 3. Her travel is work-related and was scheduled in advance of the scheduling conference being set, and she cannot change her travel schedule. *Id.* In order to keep the date on calendar, Defendants request non-lead counsel, Senior Associate Gillian H. Clow of Alston & Bird LLP be permitted to attend. Alternatively, Ms. Peurach would be available to attend in-person on September 25-27. Finally, Plaintiff's counsel indicated they do not oppose this request. *Id.* ¶ 5. The Court may manage the case scheduling as it deems appropriate without prejudice to Plaintiff.

## IV.  **CONCLUSION**

Accordingly, Defendants respectfully request that the Court exercise its sound discretion and permit the appearance of non-lead counsel, Gillian H. Clow, at the scheduling conference set for August 13, 2024. Alternatively, Defendants request that

1    the Court continue the scheduling conference to a date between September 25-27.

2

3    DATED:  August 15, 2024        GILLIAN H. CLOW
                                    **ALSTON & BIRD LLP**

4

5                                   /s/ Gillian H. Clow
                                    Gillian H. Clow
6                                   Attorneys for Defendants
                                    **TSYS MERCHANT SOLUTIONS, LLC, TSYS**
7                                   **ADVISORS, INC. and TSYS ACQUIRING**
                                    **SOLUTIONS, L.L.C.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED EX PARTE APPLICATION TO ALLOW APPEARANCE OF NON-LEAD COUNSEL AT
SEPTEMBER 13, 2024 SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, CONTINUE IT