GILLIAN H. CLOW (SBN 298966)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
gillian.clow@alston.com

ALEXANDRA PEURACH (*Pro Hac Vice* Pending)
KAYLAN MEAZA (*Pro Hac Vice* Pending)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881 7777
alex.peurach@alston.com
kaylan.meaza@alston.com

Attorneys for Defendants
**TSYS MERCHANT SOLUTIONS, LLC,**
**TSYS ADVISORS, INC.**
**and TSYS ACQUIRING SOLUTIONS, L.L.C.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 2:24-cv-03193-SB-AGR**<br>[Judge Stanley Blumenfeld, Jr. Presiding]<br><br>**DECLARATION OF ALEXANDRA PEURACH IN SUPPORT OF DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO ALLOW APPEARANCE OF NON-LEAD COUNSEL AT SEPTEMBER 13, 2024 SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, CONTINUE IT TO A LATER DATE**<br><br>Courtroom:  6C<br><br>[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities, and (Proposed) Order]<br><br>Filing Date:            April 18, 2024 |

I, Alexandra Peurach, declare as follows:

1. I am an attorney whose application to practice in this Court *pro hac vice* is pending. I am a partner of the law firm of Alston & Bird LLP, counsel of record for Defendants TSYS MERCHANT SOLUTIONS, LLC, TSYS ADVISORS, INC. and TSYS ACQUIRING SOLUTIONS, L.L.C. (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' *Ex Parte* Application to Allow Appearance of Non-Lead Counsel at the September 13, 2024 Scheduling Conference, or, in the alternative, continue the Scheduling Conference to a Later Date. This declaration is based upon my own personal knowledge of the facts asserted herein, and, if called to testify as a witness, I could and would testify competently thereto.

2. I was retained as lead counsel by Defendants on August 6, 2024.

3. I will be in London, England the week of September 9, 2024, through and including September 13, 2024. These travel plans are work-related, have been booked since July 8, 2024, and I am unable to alter them.

4. I will be available to attend a Scheduling Conference in person September 25-27, 2024.

5. On August 15, 2024, Alston & Bird wrote an email to counsel for Plaintiff S.B.C.W. Consulting, Inc. dba 76 Ford Exit ("Plaintiff"), attaching a draft of this Application and inquiring whether Plaintiff would oppose it. Plaintiff's counsel indicated it would not oppose the Application. In that same email chain, my office provided notice to Plaintiff's counsel that Defendants would file the application on August 15, 2024. Attached hereto as <u>Exhibit A</u> is a true and correct copy of that correspondence.

///

///

///

///

6. Plaintiff's counsel is Heather Davis, Protection Law Group, LLP, 149 Sheldon Street, El Segundo, CA 90245, (424) 290-3095, heather@protectionlawgroup.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2024 at Atlanta, Georgia.

*/s/ Alexandra Peurach*

Alexandra Peurach

# EXHIBIT A

| | |
|---|---|
| **From:** | Clow, Gillian |
| **Sent:** | Thursday, August 15, 2024 11:27 AM |
| **To:** | 'Susan Huerta'; 'Heather Davis'; 'Brendan Burton'; 'Amir Nayebdadash'; 'Shadi Sahebghalam' |
| **Cc:** | Peurach, Alex; Meaza, Kaylan; 'Alexandra Susnjar'; 'Maria Justice' |
| **Subject:** | RE: S.B.C.W. Consulting, Inc. v. TSYS Merchant Solutions, LLC et al., Case No. 2:24-cv-03193-SB-AGR |

Counsel,

We plan to file today. Although this *ex parte* is unopposed, in order to fulfill our notice requirements, I am writing to explain that:

- opposing papers are to be filed no later than 48 hours following service or by 3:00 p.m. on the first court day after service, whichever is later.
- The opposing party should advise the CRD as soon as possible whether it intends to oppose the ex parte application.
- The Court generally considers ex parte applications on the papers.

Best,
--
Gillian H. Clow
Senior Associate
(she/her)
**ALSTON & BIRD**
350 South Grand Avenue
Suite 5100
Los Angeles, CA 90071
+1 213 576 1054 (Direct)
+1 213 576 1100 (Fax)
+1 818 515 4856 (Mobile)
Gillian.Clow@alston.com

---

**From:** Clow, Gillian
**Sent:** Thursday, August 15, 2024 11:08 AM
**To:** Susan Huerta <susan@protectionlawgroup.com>; Heather Davis <heather@protectionlawgroup.com>; Brendan Burton <brendan@protectionlawgroup.com>; Amir Nayebdadash <amir@protectionlawgroup.com>; Shadi Sahebghalam <shadi@protectionlawgroup.com>
**Cc:** Peurach, Alex <Alex.Peurach@alston.com>; Meaza, Kaylan <Kaylan.Meaza@alston.com>; Alexandra Susnjar <alexandra@protectionlawgroup.com>; Maria Justice <maria@protectionlawgroup.com>
**Subject:** RE: S.B.C.W. Consulting, Inc. v. TSYS Merchant Solutions, LLC et al., Case No. 2:24-cv-03193-SB-AGR

Thank you very much.

--
Gillian H. Clow
Senior Associate

(she/her)
**ALSTON & BIRD**
350 South Grand Avenue
Suite 5100
Los Angeles, CA 90071
+1 213 576 1054 (Direct)
+1 213 576 1100 (Fax)
+1 818 515 4856 (Mobile)
Gillian.Clow@alston.com

---

**From:** Susan Huerta <susan@protectionlawgroup.com>
**Sent:** Thursday, August 15, 2024 11:06 AM
**To:** Clow, Gillian <Gillian.Clow@alston.com>; Heather Davis <heather@protectionlawgroup.com>; Brendan Burton <brendan@protectionlawgroup.com>; Amir Nayebdadash <amir@protectionlawgroup.com>; Shadi Sahebghalam <shadi@protectionlawgroup.com>
**Cc:** Peurach, Alex <Alex.Peurach@alston.com>; Meaza, Kaylan <Kaylan.Meaza@alston.com>; Alexandra Susnjar <alexandra@protectionlawgroup.com>; Maria Justice <maria@protectionlawgroup.com>
**Subject:** RE: S.B.C.W. Consulting, Inc. v. TSYS Merchant Solutions, LLC et al., Case No. 2:24-cv-03193-SB-AGR

**EXTERNAL SENDER – Proceed with caution**

---

Counsel,

We do not oppose the request.

Thank you,

Susan R. Huerta
Attorney

**(Please note our new address.)**



**PROTECTION LAW GROUP, LLP**
149 Sheldon Street, El Segundo, CA 90245
Direct: 424.277.2763 | Office: 424.290.3095 ext. 126
Fax: 866.264.7880

susan@protectionlawgroup.com | www.protectionlawgroup.com

2

CONFIDENTIALITY NOTICE: This email and any attached files contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the person to whom this email is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify us by reply email or telephone.

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Clow, Gillian <Gillian.Clow@alston.com>
**Sent:** Thursday, August 15, 2024 9:10 AM
**To:** Heather Davis <heather@protectionlawgroup.com>; Brendan Burton <brendan@protectionlawgroup.com>; Amir Nayebdadash <amir@protectionlawgroup.com>; Susan Huerta <susan@protectionlawgroup.com>; Shadi Sahebghalam <shadi@protectionlawgroup.com>
**Cc:** Peurach, Alex <Alex.Peurach@alston.com>; Meaza, Kaylan <Kaylan.Meaza@alston.com>; Alexandra Susnjar <alexandra@protectionlawgroup.com>; Maria Justice <maria@protectionlawgroup.com>
**Subject:** S.B.C.W. Consulting, Inc. v. TSYS Merchant Solutions, LLC et al., Case No. 2:24-cv-03193-SB-AGR

Counsel,

Lead counsel in this matter, Alexandra Peurach, will be out of the country on the date the court set for the scheduling conference. We plan to file the attached ex parte application to ask the court to either: (1) allow non-lead counsel (me) to appear at the scheduling conference; or (2) re-set the conference for a date where Alexandra can attend (September 23-27). Will you please review and let us know if we can indicate that this request is unopposed?

Thank you.

Best,


--
Gillian H. Clow
Senior Associate
(she/her)
**ALSTON & BIRD**
350 South Grand Avenue
Suite 5100
Los Angeles, CA 90071
+1 213 576 1054 (Direct)
+1 213 576 1100 (Fax)
+1 818 515 4856 (Mobile)
Gillian.Clow@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.