# EXHIBIT 2


**RUSH** *Please Rush terminal*

## Merchant Application Coversheet

- [ ] Rush Processing    [✓] Rush Equipment        Recurring Billing: [ ] Yes [ ] No
- Date Submitted: 9/21/14        Statement Delivery Type: [✓] FNMS Online  [ ] Paper Statement
- Merchant DBA: 76 Ford Exit
- Sales Representative: Chris Shanahan                                    Ext: _____
- [ ] Association    [ ] Referral Bank    [ ] Direct Managed Account    [✓] Direct Unmanaged Account
- Pricing Source: TSYS Merchant Solutions
- Associate: 002000                Chain: 002001

### MIT Admin Notes

Please set merchant with EBT. His EBT number is 0243112. Please Overnight Rush Terminal.

*Please Rush*

### POS Information & Deployment Notes

/5

**Delivery Type**
- [ ] Download    [ ] Other
- [✓] Ship To Merchant
- [ ] On Site Delivery
- [ ] Ship to Alternate Address (below)

**Vendor**
- [✓] Vital
- [ ] FDMS
- [ ] Glbl Cntrl (MAPP)
- [ ] Glbl East (NDC)
- [ ] Buypass
- [ ] Other

**Application Type**
- [✓] Retail        [ ] MOTO
- [ ] Restaurant    [ ] Fuel
- [ ] E-Commerce    [ ] Lodging
- [ ] Other

Provider Name: _____
Provider e-mail: _____
Provider Fax: _____
Provider Phone Number: _____
Provider Contact Name: _____

**Deployment Notes**

Please set merchant with EBT. His EBT number is 0243112. Please Overnight Rush Terminal. *Please Rush*

### Credit Review Notes

### Training Notes

**RUSH**

Original Source Document

CONFIDENTIAL                TMS_013041

Monday, September 29, 2014

52109991

Principal/Bank: _____  Associate/Group: 002000  Chain/Association: 002001  MID#: _____  MCC Code: 5999

## MERCHANT TRANSACTION PROCESSING AGREEMENT — MERCHANT APPLICATION

201405 Merchant Application SBS Pass Through                                                CONFIDENTIAL

### BUSINESS INFORMATION

| Field | Value |
|---|---|
| Business Legal Name (must match name on tax return): ("MERCHANT") | SBCW Consulting Inc |
| Business D/B/A: | 76 Ford Exit |
| Location Street Address: (No P.O. Boxes) | [redacted] |
| City / State / Zip | [redacted] |
| Contact Name: | Lori Gordon |
| Mailing/Billing Address: (If different from Location) | [redacted] |

### BUSINESS PROFILE AND ASSUMPTIONS

| Field | Value |
|---|---|
| # of Locations: | 1 |
| Fed. Tax ID: | [redacted] |
| Annual Visa/MasterCard/Discover Volume ($): | 30,000.00 |
| Location Volume ($): | 30,000.00 |
| Business Open Date: | 9/1/65 |
| Average Ticket ($): | 7.00 |
| Highest Ticket ($): | 500.00 |
| Avg. monthly Vol. ($): | 2,500.00 |
| Length of Ownership: | 49 Yr 0 Mo |
| Visa/MasterCard/Discover Currently Accepted? | ☐ Yes ☑ No |
| # of Employees: | 6 |
| Ownership Type: | Corporation |
| % of Goods/Services Cash and Carry: | 0 |
| Type of Business: | Retail |
| Pricing Method: | Retail |
| Type of Goods/Services sold: | Convenience Store |
| Previous Processor: | FIS |
| Business Website: | |
| Card Present: 98 % + Card Not Present 2 % = TOTAL: 100% | |
| If CNP Choose one: CATMO | |
| Sales to: Consumer 98 % + Business 2 % = TOTAL: 100% | |
| Card Swipe 98 % + Imprint 0 % = TOTAL Card Present % | |
| Application Type: | Processor Change |
| Addl. Location LOC/Old MID: | |
| Dun & Bradstreet #: | |
| Have you or your business ever declared bankruptcy? ☐ Yes ☐ No | |
| Do you use any third party fulfillment houses? ☐ Yes ☐ No | |
| Do you work with any third party vendors or software vendors who have access to cardholder data? ☐ Yes ☐ No | |
| When is cardholder billed for goods/services? ☐ On Order ☐ On Shipment | Average number of days between order and shipment? |
| Expected date of first transaction? | Do you operate as a Seasonal Merchant? ☐ Yes ☐ No |
| If seasonal, indicate operating months: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec | |

### REFERENCES

| Bank Reference Name: | Contact: | Phone: | Account Number: |
|---|---|---|---|
| Trade/Supplier 1 Name: | Contact: | Phone: | Account Number: |
| Trade/Supplier 2 Name: | Contact: | Phone: | Account Number: |

### VISA DISCLOSURE

**MEMBER BANK (ACQUIRER) INFORMATION**

First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197
800-853-9586

**IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES**

1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a Merchant
2. A Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply
3. The Visa Member is responsible for and must provide settlement funds to the Merchant
4. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

**IMPORTANT MERCHANT RESPONSIBILITIES**

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Visa Operating Regulations.

The responsibilities listed above do not supersede the terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any problems.

| Merchant Name: | SBCW Consulting Inc | Authorized Signature: [signature] |
|---|---|---|
| Address: [redacted] | | Print Name: |

TSYS Merchant Solutions, LLC is a registered agent of First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197
1 of 4

Original Source Document

Monday, September 29, 2014

201405 Merchant Application SBS Pass Through                                                              CONFIDENTIAL

## FEES

**VISA/MC/DISCOVER**

Pass through pricing: __0.1500__ % DISCOUNT[1] on SALES + $__0.00000__ per item on gross items (SALES plus Credits)

Visa Rewards, Visa Signature, Visa Premium, MasterCard World, MasterCard Enhanced, MasterCard Premium and Discover Premium cards will be assessed an additional _____ to the applicable rate tier. Please review the Rate Descriptions online at www.tsystransactionsummary.com or contact TMS at 800.228.2443 for additional information on which interchange programs qualify.

| | | | | | |
|---|---|---|---|---|---|
| Merchant Setup | $ 0.00 | per MID | Authorizations "or" | $ 0.0500 per V/MC/Disc/AMEX OnePoint Auth | |
| Monthly Maintenance | $ 0.00 | per MID | Excessive Electronic Authorizations | $ | per V/MC/Disc Auth over 100% of SALES & per AMEX OnePoint Auth |
| Minimum Discount Billing | $ | per month/MID | Non V/MC/Disc/AMEX OnePoint Authorizations | $ 0.1500 | each |
| Chargebacks | $ 20.00 | each | Voice Authorizations | $ 0.6500 | each |
| Retrievals | $ 20.00 | each | Voice AVS | $ 1.99 | each |
| Batch Capture | $ 0.00 | each | Paper Statement ☐ Yes ☐ No | $9.95 per month/MID | |
| Insufficient Funds Fee | $35 per unsuccessful debit of DESIGNATED Account | | Wireless Monthly<br>Wireless Set Up | $<br>$ | per device<br>per device |
| Annual Seasonal | $ | per MID | OTHER Rush equipment | $ 15.00 | |
| Regulatory and Compliance | $ 0.00 | per month/MID | OTHER | $ | |

ATM/DEBIT  ☑ Yes  ☐ No
Setup $ 0.00 _____ per MID
Transactions $ 0.0000 _____ each
Monthly per MID $ 0.00 _____
Network Fees   Pass thru

**PCI VALIDATION FEE**

PCI Validation Fee $ 24.00 _____ per year /MID OR $ 0.00 _____ per month/MID

PCI Non-validation Fee: $ _____ per month/MID if MERCHANT is not validated for compliance with TMS's vendor, beginning 75 days after signing.

## ACCOUNT CLOSURE FEE

Account Closure Fee: If the AGREEMENT is terminated early during the INITIAL TERM or any RENEWAL TERM for any reason other than set out in paragraph 5.1, 5.2.A, or 5.2.B, then MERCHANT agrees to pay TMS an account closure fee ("ACCOUNT CLOSURE FEE") in accordance with the following: $399 per MID during the first 12 months of the INITIAL TERM; $299 per MID during the second 12 months of the INITIAL TERM; $199 per MID during the third 12 months of the INITIAL TERM; $149 per MID during any RENEWAL TERM. MERCHANT agrees that the ACCOUNT CLOSURE FEE shall also be due to TMS in accordance with this schedule if MERCHANT discontinues submitting SALES for processing during the INITIAL TERM or any RENEWAL TERM of the AGREEMENT. MERCHANT agrees that this fee is a not a penalty, but rather a reasonable estimation of the actual damages TMS would suffer if TMS were to fail to receive the processing business for the then current term. Paragraph references and capitalized terms not defined in this paragraph are defined in the attached Terms and Conditions. Pursuant to Section 4.1 of the Terms and Conditions the INITIAL TERM shall be for 3 years.

## TSYS MERCHANT INSIGHTS<sup>SM</sup> ESSENTIALS

60 day free trial period. Billed at $19.99 per location per month if not cancelled during free trial period.   No   No

## CARD COMPROMISE ASSISTANCE PLAN (CCAP)

CCAP Fee (PCI Validated): $ 7.95 _____ per month/MID, if MERCHANT is validated for PCI Compliance with TMS's vendor.

CCAP Fee (PCI Non-Validated) : $ 34.95 _____ per month/MID, if MERCHANT is not validated for PCI Compliance with TMS's vendor, beginning 75 days after signing. This program is not being offered by Bank. Bank has no responsibility or liability under this program.

## CARD COMPROMISE ASSISTANCE PLAN (CCAP) OPT OUT

MERCHANT may only opt out if MERCHANT validates PCI Compliance with TMS vendor within 75 days of signing. If at any time MERCHANT is not validated for compliance, MERCHANT will be automatically enrolled in CCAP until such time that MERCHANT restores validation, at which point MERCHANT will again be opted out. MERCHANT declines to participate in the Card Compromise Assistance Plan ("CCAP"). MERCHANT understands that under the terms of the AGREEMENT, MERCHANT is responsible for all expenses, fines, assessments, and penalties that arise in the event that a data breach is suspected or occurs at one or more of MERCHANT's locations. Further, MERCHANT understands and agrees that CCAP assistance will not be available to help pay any of the above mentioned expenses, fines, assessments, or penalties in the event of a suspected or actual data breach at one or more of MERCHANT's locations. MERCHANT acknowledges that despite opting out of CCAP, MERCHANT will still be assessed a PCI Validation Fee. This program is not being offered by BANK. BANK has no responsibility or liability under this program.

Merchant Name: Sign

Authorized Signature: (X) [signature]

Title:

Date: 9/21/14

---

[1] Discount is a FEE charged as a percentage of gross SALES submitted by MERCHANT, which generally includes "Processing," "Authorizations," "Assessments," and "Interchange."

Merchant Initials: X [initials]  Initial

TSYS Merchant Solutions, LLC is a registered agent of First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197

2 of 4

Original Source Document

CONFIDENTIAL                                         TMS_013043

Monday, September 29, 2014

201405 Merchant Application SBS Pass Through                                                                                          CONFIDENTIAL

## TMS EQUIPMENT/SOFTWARE

| Brand/Model: Ingenico ICT250 | Brand/Model: | Brand/Model: |
|---|---|---|
| Equipment Option: RENT / 0 | Equipment Option: | Equipment Option: |
| Fee $ 9.49   Quantity 1   Total $ 9.49 | Fee $   Quantity   Total $ | Fee $   Quantity   Total $ |
| Payment Option: RENT _RENT___ | Payment Option: 3 month purchase | Payment Option: |
| Software Vendor | Payment Application | Version |

## CARD BRAND FEES

The following fees will be passed through at Card Brand's rate: Interchange, Assessments, Visa Zero Floor Limit: $0.1039 per transaction without corresponding authorization, Visa Base II: $0.0023 per Visa transaction, Visa Exception Item Fee, Visa Network Acquirer Processing Fee, Visa International Acquirer Fee (including High Risk), Visa Partial Authorization Non-participation Fee, Visa International Service (including cash advance), Visa Misuse, Visa Debit Transaction Integrity, Visa Fixed Acquirer Network Fee, MasterCard Acquirer License Fee: 0.0075% of gross MasterCard SALES dollar volume, MasterCard Kilobyte Fee: $0.0014 per each settled MasterCard transaction, MasterCard NABU Fee: $0.0195 per each authorized MasterCard transaction (except collection and refund transactions which will be assessed this fee upon settlement), MasterCard CVC2 Transaction Fee: $0.0025 per each transaction that receives a CVC2 response value of "M" (match) or "N" (no match), MasterCard AVS Fee - Card Present: $0.005 on all transactions processed at Card Present merchant locations where AVS was performed, MasterCard AVS Fee - Card Not Present: $0.0075 on all transactions processed at Card Not Present merchant locations where AVS was performed, MasterCard Cross-Border U.S.: $0.004 per each dollar of transaction processed at a U.S. location on a non-U.S. issued card, MasterCard Cross-Border U.S.-PR: $0.004 per each dollar of transaction processed at a Puerto Rico location on a non-Puerto Rico issued card, MasterCard Cross-Border Non-U.S.: $0.008 per each dollar of transaction processed in foreign currency at a non-U.S. location on a U.S. issued card, MasterCard Cross-Border Non-U.S.-PR: $0.008 per each dollar of transaction processed in foreign currency at a non-Puerto Rico location on a Puerto Rico issued card, MasterCard Processing Integrity Fee - Card Present: $0.045 per each approved MasterCard authorization without a reversal request within 24 hours of the initial card-present authorization, MasterCard Processing Integrity Fee - Card Not Present: $0.045 per each approved MasterCard authorization without a reversal request within 72 hours of the initial card-not-present authorization, MasterCard Processing Integrity Fee - T&E: $0.045 per each approved MasterCard authorization without a reversal request within 20 days of the initial T&E authorization, MasterCard Processing Integrity Fee > 120 Days: $0.045 per each approved MasterCard authorization without a corresponding settled transaction or reversal within 120 days of the approved authorization, MasterCard Interregional Account Status Inquiry: $0.03 per each $0 Account Status Inquiry performed on a card not issued in the same country as the merchant's location, MasterCard Intraregional Account Status Inquiry: $0.025 per each $0 Account Status Inquiry performed on a card issued in the same country as the merchant's location, Discover International Processing Fee, Discover International Service Fee, Discover Data Usage Fee, Discover Network Authorization Fee, All Other Applicable Card Brand Fees.

## FUNDS TRANSFER

In accordance with the terms set out in the Terms and Conditions, transfer funds will be made to/from the account set forth in the enclosed voided check or bank letter.

[ ] Standard    [X] Premium    [ ] DDA

## SALES PROFESSIONAL VERIFICATION

By the signature below, the Sales Professional verifies that that the information stated in this Agreement is correct to the best of his/her knowledge and is as represented to him/her by MERCHANT.

| Sales Professional Signature: | Sales Professional Name Printed: Chris Shanahan | |
|---|---|---|
| Sales Organization: TSYS Merchant Solutions | Application Date: 9/21/14 | Physical Site Inspection Conducted By Sales Professional  [ ] Yes  [ ] No |

ATTACHED - NEXT PAGE

Please attach voided check here.

_Initial_

## THIS SPACE INTENTIONALLY LEFT BLANK.

Merchant Initials: X_____

TSYS Merchant Solutions, LLC is a registered agent of First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197    _Initial_

3 of 4



Original Source Document

CONFIDENTIAL       TMS_013045

Monday, September 29, 2014

201405 Merchant Application SBS Pass Through                                                                CONFIDENTIAL

## AMERICAN EXPRESS

| | | |
|---|---|---|
| ☐ Existing American Express ESA    ESA SE _____ | | Merchant CAP _____ |
| ☐ New American Express OnePoint Discount ____% | ☐ New American Express ESA Discount ____% | ☐ Monthly Flat (ESA)$ _____ |
| Merchant Name SBCW Consulting Inc | Annual American Express Charge Vol $ _____ | Avg Ticket $ _____ |
| Retail: + $0.10 Trans Fee ☐    Restaurant: + $0.05 Tran Fee ☐ | ☐ Daily Net Pay — ESA only | ☐ Daily Gross Pay — ESA only |
| Retail, Restaurant, Travel Agencies & Tour Operators: 0.30% CNP Downgrade ☐ | ☐ Monthly Gross Pay (+.03% if $100K +) - ESA only | |
| B2B, Travel Agencies/Tour Operators & Services, Wholesale & All Other:  + $0.15 Trans Fee ☐ | Payment Timing - ESA Only: ☐ 3 Day   ☐ 15 Day   ☐ 30 Day | |
| Inbound Fee: 0.40% on Cross Border Transactions* *Not applicable to Education | Prepaid Gift Card Discount:  ____% + $____ per transaction | |

By signing the Merchant Transaction Processing Agreement with BANK and TMS, I represent that I have read and am authorized to sign and submit this application agreeing to be bound by the American Express® Card Acceptance Agreement ("American Express Agreement"), and that all information provided herein is true, complete, and accurate. I authorize TSYS Merchant Solutions, LLC and its agents, assigns or affiliates (collectively "TMS") and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct TMS and AXP and AXP's agents and Affiliates to inform MERCHANT, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-(800)-528-5200. I understand that upon AXP's approval of the application, the MERCHANT agrees to abide by the American Express Agreement and will be sent materials welcoming it, either to AXP's program for TMS to perform services for AXP or to AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if MERCHANT does not qualify for TMS's servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and MERCHANT may terminate the American Express Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, MERCHANT agrees to be bound by the American Express Agreement. I understand that TMS and BANK are not parties to the American Express Agreement.

## PERSONAL GUARANTY

THIS general, absolute, and unconditional continuing Guaranty ("GUARANTY") by the undersigned (collectively "GUARANTOR" or "my" or "I" or "me"), is for the benefit of TSYS Merchant Solutions, LLC and/or First National Bank of Omaha ("Collectively TMS"). For value received, and in consideration of the mutual undertakings contained in the Merchant Transaction Processing Agreement and allied agreements ("AGREEMENT") between TMS and ____ ("MERCHANT") as set forth below, I absolutely and unconditionally guarantee the full performance of all MERCHANT's obligations to TMS, together with all costs, expenses, and attorneys' fees incurred by TMS in connection with any actions, inactions, or defaults of MERCHANT. I waive any right to require TMS to proceed against other entities or MERCHANT. There are no conditions attached to the enforcement of this GUARANTY. I authorize TMS, its agents or assigns to make from time to time any personal credit or other inquiries and agree to provide, at TMS's request, financial statements and/or tax returns. I agree that this GUARANTY shall be governed and construed in accordance with the laws of the state of Nebraska, and that the courts of the state of Nebraska shall have and be vested with personal jurisdiction over me. This is a continuing GUARANTY and shall remain in effect until one hundred eighty (180) days after receipt by TMS of written notice by me terminating or modifying the same. The termination of the AGREEMENT or GUARANTY shall not release me from liability with respect to any obligations incurred before the effective date of termination. No termination of this GUARANTY shall be effected by any change in my legal status or any change in the relationship between MERCHANT and me. This GUARANTY shall bind and inure to the benefit of the personal representatives, heirs, administrators, successors and assigns of GUARANTOR and TMS.

| | | |
|---|---|---|
| PERSONAL GUARANTOR: (Signature-No Titles) _____ | Print Name: (No Titles) Troy Farahmand | |
| MERCHANT: (Business Legal Name) SBCW Consulting Inc | Social Security Number: _____ | |
| Home Address: ███ | Home Phone: ███ | Work Phone: ███ |

## AGREEMENT ACCEPTANCE

By their execution below the undersigned parties agree to abide by the Merchant Transaction Processing Agreement (the "AGREEMENT"). The AGREEMENT consists of the Merchant Application and the Terms and Conditions (a separate attachment hereto), and MERCHANT acknowledges it has received and read the Terms and Conditions at the time of signing. MERCHANT warrants that the information provided on the Merchant Application is complete and accurate. MERCHANT authorizes TMS and/or BANK to provide a copy of this Merchant Application to any third party for the services requested. MERCHANT, and its signing officer/owner/partner, authorize TMS and/or BANK, or its agents or assigns, to make from time to time, any business and personal credit and other inquiries. If applicable, MERCHANT agrees by its signature below to the Equipment Agreement and/or the Card Compromise Assistance Plan Agreement. In witness whereof the parties hereto have caused this AGREEMENT to be executed by their duly authorized representatives effective on the date signed or approved by BANK.

| | | | | |
|---|---|---|---|---|
| Principal's Name (Please Print): Troy Farahmand | | | Title: | |
| Equity Ownership (%) 0 | Home Phone No: ███ | Date of Birth: ███ | Principal's Soc Sec No: ███ | |
| Principal's Home Address: ███ | | City: ███ | State: ███ | ███ |
| MERCHANT (PRINCIPAL/OFFICER/OWNER) Signature (X) [signed] | | Name (Please Print): | Title: | Date: |
| TSYS Merchant Solutions, LLC ("TMS") Signature: [signed] | | Name: Lila Dinnel Risk Management | Title: | Date: 9/29/14 |
| First National Bank of Omaha ("BANK") Signature: | | Name: | Title: | Date: |

TSYS Merchant Solutions, LLC is a registered agent of First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197
4 of 4

CONFIDENTIAL            TMS_013046

Original Source Document

Monday, September 29, 2014

Principal/Bank: _____ Associate/Group: _____ Chain/Association: _____ MID#: _____ MCC Code: _____ Date Rec'd: _____

## AMENDMENT TO THE MERCHANT TRANSACTION PROCESSING AGREEMENT

### 201405 ACF WAIVER AMENDMENT

THIS Amendment ("AMENDMENT"), by and between FIRST NATIONAL BANK OF OMAHA ("BANK"), TSYS MERCHANT SOLUTIONS, LLC ("TMS"), and "MERCHANT", the name of which is set out below, shall become effective on the date executed or approved by a duly authorized representative of BANK. BANK, TMS, and MERCHANT shall be collectively known hereafter as the "PARTIES."

WHEREAS, BANK, TMS, and MERCHANT are PARTIES to a Merchant Transaction Processing Agreement (together with its addenda, attachments, and schedules shall be hereinafter known as the "AGREEMENT"), under which BANK and TMS provide transaction processing and other services regarding credit card sales transactions ("SALES"), subject to the terms and conditions more fully set out in AGREEMENT; and

WHEREAS, the PARTIES desire to delete the ACCOUNT CLOSURE FEE as set out in the AGREEMENT.

NOW THEREFORE, in consideration of the mutual promises made herein, and other valuable consideration, receipt and sufficiency of which are hereby acknowledged, the PARTIES do hereby agree as follows:

1. Terms set forth herein, which are typed in all capitalized letters and not defined herein, shall have the same meaning as set out in the AGREEMENT.

2. The PARTIES agree to delete in its entirety the Account Closure Fee section from the FEES Section of the AGREEMENT.

3. The PARTIES agree to delete all other references to the ACCOUNT CLOSURE FEE from the Terms and Conditions of the AGREEMENT.

4. This AMENDMENT, together with the AGREEMENT and its other amendments, attachments, exhibits, and schedules, constitutes the entire AGREEMENT between the PARTIES as to transaction processing, and any other representations, inducements, promises, or agreements not contained herein shall be of no force and effect as to transaction processing.

5. Except as amended hereby, BANK, TMS, and MERCHANT reaffirm the obligations of each as they are contained in the AGREEMENT.

IN WITNESS WHEREOF, the PARTIES hereto have caused this AMENDMENT to be executed by their duly authorized representative, effective as of the date executed or approved by BANK.

First National Bank of Omaha

ADDRESS [redacted]

_____
BANK Authorized Signature

Authorized Signature: [signature]

_____
Print Name

Print Name: Tony Farahmand

_____
Title

Title: President

_____
Date

TSYS Merchant Solutions, LLC

[signature]
TMS Authorized Signature

Print Name: Lila Dinnel

Title: Risk Management

Date: 9/29/14

201405 ACF Waiver Amendment          Page 1 of 1          CONFIDENTIAL

Original Source Document

## ELECTRONIC BENEFITS TRANSFER ("EBT") AMENDMENT
### 201405 EBT AMENDMENT - TSYS

This AMENDMENT ("AMENDMENT") by and between FIRST NATIONAL BANK OF OMAHA ("BANK"), TSYS MERCHANT SOLUTIONS, LLC ("TMS"), and "MERCHANT," the name of which is set out below, shall become effective on the date executed or approved by a duly authorized representative of BANK. BANK, TMS, and MERCHANT shall be collectively known hereafter as the "PARTIES."

WHEREAS VISA, MASTERCARD, DISCOVER, AMERICAN EXPRESS, ATM/Debit Networks, and the other financial service card organizations and their related international entities shall be collectively known as "CARD BRANDS".

WHEREAS, BANK and MERCHANT are PARTIES to a Merchant Transaction Processing Agreement (together with its addenda, attachments, and schedules shall be hereinafter known as the "AGREEMENT"), under which BANK provides transaction processing and other services regarding credit and debit card sales transactions ("SALES"), subject to the terms and conditions more fully set out in AGREEMENT; and

WHEREAS, the PARTIES desire to amend the AGREEMENT to add electronic benefits transfer ("EBT") Services.

NOW THEREFORE, in consideration of the mutual promises made herein, and other valuable consideration, receipt and sufficiency of which are hereby acknowledged, the PARTIES do hereby agree as follows:

**1. GENERAL**

1.1 Capitalized terms that are not defined herein shall have the same meaning as when defined in the AGREEMENT.

1.2 The PARTIES agree to add EBT Services to the definition of SALES and SERVICES as defined in the AGREEMENT.

1.3 To the extent TMS is not already a PARTY to the AGREEMENT, the PARTIES agree to amend the AGREEMENT to make TMS a party to the AGREEMENT. BANK will continue to sponsor MERCHANT into the CARD BRANDS, retain the responsibility of settling MERCHANT's SALES, and all other obligations that are required to be retained at BANK by the CARD BRANDS. TMS will be responsible for all other responsibilities and obligations to MERCHANT under the AGREEMENT, including but not limited to processing SALES and handling customer service.

**2. EBT SERVICES TERMS AND CONDITIONS**

2.1 EBT Programs. MERCHANT will participate in and BANK and/or TMS will provide access to the programs for debit card access to electronically distributed government benefits as agreed to between the parties from time to time ("EBT Programs"). Each EBT Program shall be treated as an CARD BRAND for purposes of the AGREEMENT and each debit card issued for access to government benefits issued under such EBT Programs shall be treated as a CARD under the AGREEMENT.

2.2 MERCHANT Representations and Warranties. MERCHANT hereby represents and warrants that it is qualified to participate in each EBT Program it has selected in accordance with all applicable laws, regulations, rules, and administrative guidelines related to such EBT Program, including without limitation any ATM/Debit Network rules, Quest rules, federal or state laws pertaining to delivery of services to EBT recipients and recipient confidentiality, the federal Civil Rights Act of 1964, Rehabilitation Act of 1973, Americans with Disabilities Act of 1990, Clean Air Act, Clean Water Act, Energy Policy and Conservation Act, Immigration Reform and Control Act of 1986, and regulations issued by the Department of Agriculture, or any state, pertaining to the Food Stamp Program ("EBT RULES"). MERCHANT represents and warrants that it has obtained any and all consents, approvals, certifications or other evidence of authority, and has properly executed and delivered any and all applications, agreements or other documents necessary to participate to BANK and/or TMS to process and settle SALES on its behalf in each such EBT Program. MERCHANT shall cooperate with BANK and/or TMS in obtaining any further consents,

Original Source Document

Monday, September 29, 2014

approvals, certifications or other evidence of authority, and executing and delivering any further applications, agreements or other documents that may be required from time to time in connection with MERCHANT's participation in each EBT Program and BANK's and/or TMS's provision of services hereunder.

2.3  MERCHANT Obligations.
   a. At all times during the term of the AGREEMENT, MERCHANT shall remain a participant in good standing in each EBT Program selected hereunder.
   b. MERCHANT shall submit to TMS an EBT Information Sheet, attached hereto as SCHEDULE 1 and incorporated herein by this reference, for each MERCHANT location where EBT will be offered, as amended from time to time. The EBT Information Sheet must be received by TMS prior to the desired activation date.
   c. MERCHANT shall notify BANK and/or TMS at least thirty (30) days prior to the termination or withdrawal of its participation in any such EBT Program, or if such participation is terminated involuntarily and without prior notice to MERCHANT, immediately following such notice.
   d. MERCHANT shall pay to TMS the fees set forth herein in consideration of the services provided hereunder as amended from time to time.
   e. MERCHANT agrees to abide by the EBT RULES. MERCHANT will not take any action that would cause BANK or TMS to be in violation of any law, regulation, rule, or administrative guideline applicable to an EBT Program, including any EBT RULES. MERCHANT will accept EBT CARDS only for SALES and purchases permitted under the applicable EBT Program. Without limiting the foregoing, MERCHANT shall not resubmit any EBT transaction except as specifically permitted by rules related to such EBT Program. MERCHANT shall provide refunds with respect to EBT SALES in accordance with the EBT RULES and each EBT Program. In addition, if MERCHANT accepts EBT under the Food Stamp Program, MERCHANT shall deploy and identify its terminals consistent with Department of Agriculture and any state requirements.
   f. With respect to each EBT Program in which MERCHANT participates, MERCHANT shall comply with any obligations or duties imposed on financial institutions participating in such EBT Program under any agreement ("Processor Agreement") BANK or TMS has with a Processor and the Processor has with the administrator of the EBT Program ("EBT Provider") pursuant to which BANK's or TMS's Processor is authorized to process SALES for the EBT Program, and the EBT Provider shall have the right to directly enforce the terms and conditions of the Processor Agreement against MERCHANT in the event that MERCHANT breaches its obligations hereunder. MERCHANT shall not take any action that would cause BANK, TMS, or the Processor to be in violation of any Processor Agreement.
   g. MERCHANT shall obtain a telephone authorization of each EBT transaction in situations in which it is unable to obtain electronic response from the card authorization system for the EBT Program, if required by an EBT Program. If BANK processes manual sales drafts for MERCHANT, MERCHANT shall complete any such manual sales draft for an EBT Transaction in accordance with the requirements of the EBT Program.
   h. MERCHANT shall maintain records of EBT SALES as required by the EBT RULES and each EBT Program. MERCHANT shall not use or disclose any information concerning a customer for any purpose not directly connected with the performance of MERCHANT's duties under an EBT Program.
   i. MERCHANT shall not discriminate in the provision or denial of any EBT Transaction based on a customer's disability or handicap (if any), age, race, color, religion, sex, sexual preference, political belief, national origin, creed, marital status or veteran's status.
   j. MERCHANT shall provide to BANK, TMS, and any EBT Provider any information reasonably required by BANK, TMS, or the EBT Provider to assist BANK, TMS, or the EBT Provider in ensuring the integrity, security and successful performance of the EBT Network.

    k.   MERCHANT shall, at its own expense, ensure that its employees receive appropriate training in the use of equipment and procedures with respect to each EBT Program in which MERCHANT participates.

2.4   BANK and TMS Representations and Warranties. BANK and TMS hereby represent and warrant that either BANK or TMS has contracted with a qualified Processor for each EBT Program and that it or the qualified Processor has obtained any and all authorizations, certifications or other evidence of authority, and has properly executed and delivered any and all applications, agreements or other documents necessary to participate in each such EBT Program.

2.5   BANK Obligations.
    a.   BANK and TMS shall provide EBT services in accordance with the terms of this EBT AMENDMENT and the EBT RULES.
    b.   BANK and TMS shall have the authority, without any liability, to terminate or suspend the provision of services hereunder with respect to each EBT Program, at the direction of any federal, state or other authority with responsibility for oversight or implementation of such EBT Program, or upon BANK or TMS determination to terminate support for such EBT Program for all customers. If BANK or TMS is directed to terminate or suspend the provision of services hereunder with respect to an EBT Program, BANK or TMS may also terminate or suspend provision of services hereunder for any other EBT Program without liability.

2.6   Indemnification. In addition to MERCHANT's indemnification obligations set forth in the AGREEMENT, MERCHANT agrees to indemnify and hold harmless BANK and TMS from and against any and all claims or losses arising out of (i) any act or omission by MERCHANT in violation of any applicable federal, state or local law or regulation, or rule or administrative guideline related to an EBT Program, or any EBT RULES; (ii) any negligent or fraudulent act or omission or intentional misconduct by MERCHANT; (iii) any failure by MERCHANT to comply with any obligation or duty imposed on merchants participating in an EBT Program under a Processor Agreement; or (iv) any act or omission of MERCHANT that causes BANK or TMS to breach any undertaking under a Processor Agreement, including any performance standards thereunder.

2.7   Limitation Of Liability. In addition to the limitation of liability set forth in the AGREEMENT, MERCHANT agrees and acknowledges that neither BANK nor TMS shall have no liability to MERCHANT arising out of any act or omission by an EBT Provider. Without limiting the foregoing, BANK, TMS, and any Processor shall have no liability to Merchant for an EBT Provider's rejection, chargeback or other failure to fully process in the ordinary course and without penalty any adjustment based upon a restriction on EBT Provider's ability to process such adjustment to the account of a recipient of government benefits, regardless of whether the error being adjusted was caused in whole or in part by the Processor.

## 3. MISCELLANEOUS

3.1   This AMENDMENT, together with the AGREEMENT and its other amendments, attachments, exhibits, and schedules, constitutes the entire AGREEMENT between the PARTIES as to transaction processing and ACH Services, and any other representations, inducements, promises, or agreements not contained herein shall be of no force and effect as to transaction processing.

3.2   Except as amended hereby, BANK, TMS, and MERCHANT reaffirm the obligations of each as they are contained in the AGREEMENT.

Original Source Document

Monday, September 29, 2014

IN WITNESS WHEREOF, the PARTIES hereto have caused this AMENDMENT to be executed by their duly authorized representative, effective as of the date executed or approved by BANK.

First National Bank of Omaha

_____
Authorized Signature

_____
Print Name

_____
Title

_____
Date

TSYS Merchant Solutions, LLC

*[signature]*
Authorized Signature

**Lila Dinnel**
Print Name

**Risk Management**
Title

**9/29/14**
Date

MERCHANT Name: 76 Ford Exit

Address: [redacted]

City, State, Zip Code: [redacted]

*[signature]* Authorized Signature

Troy Farahmand (?)
Print Name

Pres
Title

## SCHEDULE 1

## EBT INFORMATION SHEET

**I. MERCHANT INFORMATION**    76 Ford Exit

Name:

Address:

City:        County:        State:        Zip:

Phone:        Fax:        PH:

Merchant Number:

State-required number (FCS# or CA# or AO#):    0243112

Requested Live Date:        States requested:

**II. EBT PROGRAMS**

BANK and/or TMS shall provide MERCHANT access to, and permit MERCHANT to participate in, the EBT Programs as listed below.

*(i) PLEASE INDICATE THE APPROPRIATE PROGRAM(S):*

Check Program(s): Both Food Stamps & Cash Benefits ☐    Food Stamps Only ☒    Cash Benefits Only ☐

If Cash Benefits:    Purchase with Cash Back ☐    Cash Issuance (Cash Back Only) ☐

If Cash Issuance:   Limit Amount: $ _____    Hours: From _____ a.m./p.m.    To _____ a.m./p.m.
*(Please check days cash benefits issuance will be available)*

SUN ☐    MON ☐    TUES ☐    WED ☐    THURS ☐    FRI ☐    SAT ☐    ALL ☐

For Internal Use Only:
Date Received _____    Live Date _____

### FEES

1. Setup Fee:         $ 0.00 one time fee
2. Monthly EBT Fee:   $ 0.00 per month
3. Authorization Fee: $ 0.05 per authorization
4. Transaction Fee:   $ 0.00 per transaction



CONFIDENTIAL  TMS_013053

Original Source Document

Monday, September 29, 2014