# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B.C.W. CONSULTING, INC. dba 76 FORD EXIT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company; TSYS ADVISORS, INC., a Georgia corporation; TSYS ACQUIRING SOLUTIONS, L.L.C., a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03193-SRM-AGR<br><br>[PROPOSED] ORDER STAYING DEADLINES IN THE SCHEDULING ORDER<br><br>Orig. Compl.:         4/18/24<br>Orig. Resp. Pldg.:   9/5/24 |

Having considered the joint request to stay the deadlines in the Court's August 20, 2025 Scheduling Order – Class Action (the "Order") (Dkt. 146), and finding good cause to grant a stay, the Court hereby stays all discovery and trial deadlines contained in the Order. Within ten (10) days after the Court enters its Order on Plaintiff's Motion for Class Certification (Dkt. 136), the parties are hereby ordered to provide the Court with a new proposed scheduling order for all remaining deadlines in this case. The Parties' proposed scheduling order shall provide for at least ninety (90) days following the Court's ruling to complete fact discovery and thirty (30) days after the close of fact discovery for initial expert disclosures.

1
2    Dated:
3                                              _____
4                                                    **Hon. Serena R. Murillo**
                                                   **United States District Judge**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2