1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B.C.W. CONSULTING, INC, <br><br> Plaintiff, <br><br> v. <br><br> TSYS MERCHANT SOLUTIONS, LLC, et al., <br><br> Defendants. | Case No. 2:24-cv-03193-SRM-AGR <br><br> **ORDER STAYING DEADLINES IN THE SCHEDULING ORDER [148]** |

18     On September 15, 2025, the Parties filed a Joint Stipulation to Stay Discovery
19 and Trial Deadlines pending a ruling on Plaintiff's Motion for Class Certification.
20 Dkts. 136, 148. Having considered the joint request to stay the deadlines in the
21 Court's August 20, 2025 Scheduling Order, Dkt. 146, and finding good cause therefor,
22 the Court hereby **ORDERS** as follows:

23     1. All discovery and trial deadlines set in the Scheduling Order, Dkt. 146, are
24 **STAYED**;

25     2. Within ten (10) days after the Court enters its Order on Plaintiff's Motion for
26 Class Certification, Dkt. 136, the parties shall provide the Court with a new proposed
27 scheduling order for all remaining deadlines in this case;

28     3. The Parties' proposed scheduling order shall provide for at least ninety (90)

days following the Court's ruling to complete fact discovery and thirty (30) days after the close of fact discovery for initial expert disclosures.

        **IT IS SO ORDERED.**

 Dated: September 17, 2025

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE